No. 93–6655. HINKLE v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7028. NELSON v. JONES. Sup. Ct. Ohio. Certiorari denied.

No. 93–7031. MARSHALL v. LYNN, SECRETARY, LOUISIANA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–7066. HAIN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 93–7148. KELLOM v. SHELLEY ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–7228. EDWARDS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–7380. BROWN v. TWO UNKNOWN MARSHALS. C. A. 4th Cir. Certiorari denied.

No. 93–7410. MEULI v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7454. FOUCHE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7455. HAYES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7477. VICKERY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7507. PHILLIPS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 93–7526. WASHINGTON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7569. ANGLERO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 93–7670. DANZEY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.